United States Courts
Southern District of Texas
FILED

*May 05, 2021*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § | |
| v. | | CRIMINAL NO. **4:21-cr-238** |
| DEMARCUS SHON JOHNSON | | |

# INDICTMENT

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE

**(Felon in Possession of a Firearm)**

On or about April 25, 2019, in the Houston Division of the Southern District of Texas, the Defendant,

**DEMARCUS SHON JOHNSON**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit, a Glock model 27, .40 caliber semi-automatic pistol, and the firearm was in and affecting commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the firearm, involved in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2) as charged in Count One, is subject to forfeiture, including, but not limited to, the following:

Glock model 27, .40 caliber semi-automatic pistol, serial number BMY259

Three (3) .40 caliber magazines

Approximately thirty one (31) rounds of ammunition

**A TRUE BILL:**

Original Signature on file
**FOREPERSON OF THE GRAND JURY**

**JENNIFER LOWERY**
**ACTING UNITED STATES ATTORNEY**

BY: _____
  **John M. Lewis**
  **Assistant United States Attorney**